WILLIAM R. TAMAYO, REGIONAL ATTORNEY
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SAN FRANCISCO DISTRICT
350 THE EMBARCADERO, SUITE 500
SAN FRANCISCO, CALIFORNIA 94105-1260

JOHN F STANLEY, SUPERVISORY TRIAL ATTORNEY
MOLLY B. POWELL, SENIOR TRIAL ATTORNEY
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVENUE, SUITE 400
SEATTLE, WA 98104
Molly.Powell@EEOC.gov
Tel:  (206) 220-6892
Fax: (206) 220-6911

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | CASE NO. |
|---|---|---|
| Plaintiff, | ) ) | |
| vs. | ) ) ) ) | COMPLAINT |
| NORTHWEST COSMETIC LABS LLC, | ) ) ) | |
| Defendant. | ) ) | |

**COMPLAINT – Page 1 of 6**          **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**909 FIRST AVENUE, SUITE 400**
**SEATTLE, WASHINGTON  98104-1061**
**Telephone (206) 220-6883**
**Fax (206) 220-6911**
**TDD (206) 220-6882**

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of race and retaliation and to provide appropriate relief to Fungai Nyamweda. The Equal Employment Opportunity Commission alleges that defendant terminated Ms. Nyamweda's employment based on her race (Black), national origin (Zimbabwe), and color, and in retaliation for complaining about racial discrimination. Plaintiff seeks monetary relief, including nonpecuniary compensatory and punitive damages, and injunctive relief, on behalf of Ms. Nyamweda.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. sections 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of Idaho.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) of Title VII, 42 U.S.C. §2000e-5(f)(1).

**COMPLAINT – Page 2 of 6**   **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**909 FIRST AVENUE, SUITE 400**
**SEATTLE, WASHINGTON 98104-1061**
**Telephone (206) 220-6883**
**Fax (206) 220-6911**
**TDD (206) 220-6882**

4. At all relevant times, defendant Northwest Cosmetic Labs, LLC has been a corporation continuously doing business in the State of Idaho and has continuously had at least 15 employees.

5. At all relevant times, defendant Northwest Cosmetic Labs, LLC has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§2000e-(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Ms. Nyamweda filed a charge with the Commission alleging violations of Title VII by Northwest Cosmetic Labs. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. From at least February 4, 2008 until June 6, 2008, defendant engaged in unlawful employment practices at its Idaho Falls, Idaho lab in violation of §§ 703(a) and 704(a) of Title VII, 42 U.S.C. §§ 2000e-2(a) and -3(a). Defendant engaged in these unlawful practices through the following actions: (1) by discriminating against Ms. Nyamweda based on her race when it terminated her in June 2008; and (2) by retaliating against Ms. Nyamweda for her complaints to company officials about racial discrimination when it terminated her in June 2008.

8. The practices complained of in paragraph 7 were carried out by supervisors and human resources personnel.

9. The practices complained of in paragraph 7 include, but are not limited to, the following: termination shortly after Ms. Nyamweda made repeated complaints about racial harassment and disparate terms and conditions of employment to supervisors; and termination

COMPLAINT – Page 3 of 6     EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVENUE, SUITE 400
SEATTLE, WASHINGTON 98104-1061
Telephone (206) 220-6883
Fax (206) 220-6911
TDD (206) 220-6882

shortly after several of Defendant's employees (including supervisors and human resources personnel) made inappropriate remarks about race which were extremely offensive to Ms. Nyamweda.

10. The effect of the practices complained of in paragraph 7 above has been to deprive Ms. Nyamweda of equal employment opportunities and otherwise adversely affect her status as an employee.

11. The unlawful employment practices complained of in paragraph 7 above were intentional.

12. The unlawful employment practices complained of in paragraph 7 above were done with malice or with reckless indifference to the federally protected rights of Ms. Nyamweda.

PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining defendant, its officers, successors, agents, assigns, and all persons in active concert or participation with it, from engaging in any retaliatory employment practices.

B. Order defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for all employees, and which eradicate the effects of its past and present unlawful employment practices.

COMPLAINT – Page 4 of 6	EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVENUE, SUITE 400
SEATTLE, WASHINGTON 98104-1061
Telephone (206) 220-6883
Fax (206) 220-6911
TDD (206) 220-6882

  C. Order defendant to make whole Ms. Nyamweda by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 7 above, including past and future out-of-pocket expenses, in amounts to be determined at trial.

  D. Order defendant to make whole Ms. Nyamweda by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraph 7 above, including without limitation emotional pain, suffering, and loss of enjoyment of life, in amounts to be determined at trial.

  E. Order defendant to pay Ms. Nyamweda punitive damages for its malicious and reckless conduct described in paragraph 7 above, in amounts to be determined at trial.

  F. Grant such further relief as the Court deems necessary and proper in the public interest.

  G. Award the Commission its costs of this action.

  DATED this _9th_ day of _December_, 2010.

WILLIAM TAMAYO
Regional Attorney

JOHN STANLEY
Supervisory Trial Attorney

MOLLY B. POWELL
Senior Trial Attorney

BY: _____/s/ William Tamayo_

P. DAVID LOPEZ
General Counsel

JAMES L. LEE
Deputy General Counsel

COMPLAINT – Page 5 of 6

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVENUE, SUITE 400
SEATTLE, WASHINGTON 98104-1061
Telephone (206) 220-6883
Fax (206) 220-6911
TDD (206) 220-6882

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Seattle District Office                                      Office of the General Counsel
909 First Avenue, Suite 400                                  1801 "L" Street NW
Seattle, Washington 98104                                    Washington, D.C. 20507
Telephone (206) 220-6892
Facsimile (206) 220-6911

                                Attorneys for Plaintiff

**COMPLAINT – Page 6 of 6**      **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**909 FIRST AVENUE, SUITE 400**
**SEATTLE, WASHINGTON 98104-1061**
**Telephone (206) 220-6883**
**Fax (206) 220-6911**
**TDD (206) 220-6882**