**JOHN M. OHMAN, ESQ.**
**COX, OHMAN & BRANDSTETTER, CHARTERED**
**510 "D" STREET**
**P.O. BOX 51600**
**IDAHO FALLS, ID 83405-1600**
**(208) 522-8606**
**Fax: (208) 522-8618**
**Idaho State Bar #1501**

**ATTORNEYS FOR DEFENDANT**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHWEST COSMETIC LABS LLC,<br><br>Defendant. | Civil Action No. CIV 10-608-E-CWD<br><br>**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION** |

Northwest Cosmetic Laboratory, Inc. who is defendant, makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?
   ( ) Yes   (X) No

2. Does party have any parent corporations?
   ( ) Yes   (X) No

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?
   ( ) Yes   (X) No

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?
( ) Yes  (X) No

Dated this _12_ day of January, 2011.

_____
JOHN M. OHMAN, ESQ.
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that I am a duly licensed attorney in the State of Idaho, resident of and with my office in Idaho Falls, Idaho; that on the _12_ day of January, 2011, I caused a true and correct copy of the foregoing to be served upon the following persons at the addresses below their names either by depositing said document in the United States mail with the correct postage thereon or by hand delivering or by transmitting by facsimile as set forth below.

William R. Tamayo, Esq.  [ ] By pre-paid post
Regional Attorney  [ ] By hand delivery
John F. Stanley, Esq.  [ ] By facsimile transmission
Supervisory Trial Attorney  [ ] By courthouse box
Molly Powell, Esq.  [X] By ECM
Senior Trial Attorney
Equal Employment Opportunity Commission
Seattle Field Office
Seattle, WA 98104-1061
Fax: (206) 220-6911
Molly.Powell@EEOC.gov

_____
JOHN M. OHMAN, ESQ.

DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION - 2