UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NORTHWEST COSMETIC LABS,<br><br>　　　　　Defendant. | Case No. 4:10-cv-608-CWD<br><br>**ORDER** |

　　　The Court having considered the stipulated agreement of the parties, IT IS HEREBY ORDERED that the Consent Decree filed by the parties (Dkt. No. 3) is approved as the final decree of this Court in full settlement of this action. This lawsuit is hereby dismissed with prejudice and without costs or attorneys' fees to any party. The Court retains jurisdiction of this matter for purposes of enforcing the Consent Decree approved herein.

DATED: January 12, 2011

Honorable Candy W. Dale
Chief United States Magistrate Judge

**ORDER - 1**